[No. 42279-4-II.   Division Two.   June 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER DALE SANDERS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-1-00639-4, James J. Stonier, J., entered May 19, 2011. *Reversed* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ.

[No. 42311-1-II.   Division Two.   June 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. NORDRAIN MARVIN LINEAR, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-00070-6, Lisa L. Sutton, J., entered June 14, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 42405-3-II.   Division Two.   June 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG ROCKY GARRISON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00159-2, Richard C. Adamson, J. Pro Tem., entered July 19, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Van Deren, J.

[No. 42475-4-II.   Division Two.   June 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. LEVI STACY JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-03080-0, Ronald E. Culpepper, J., entered August 12, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Johanson, A.C.J., and Penoyar, J.